**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James L. Gagan, ) | |
| ) | |
| Plaintiff/Judgment ) | |
| Creditor, ) | No. CIV 99-1427 PHX RCB |
| ) | |
| vs. ) | O R D E R |
| ) | |
| Victor E. Sharer and James ) | |
| A. Monroe, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on defendant James A. Monroe's Motion for Expedited Hearing (doc. # 326) on his recently filed Motion for Leave to File Interlocutory Appeals and Motion to Stay General Writ of Execution During Pendency of Appeals (doc. # 324). Because the issues raised in defendant's underlying motions (doc. # 324) are similar to those resolved by the court's order (doc. # 321) that was entered following the hearing of October 13, 2006, an additional hearing will not be needed. However, an expedited briefing schedule will be necessary. Therefore,

IT IS ORDERED that defendant James A. Monroe's Motion for

1  Expedited Hearing (doc. # 326) is GRANTED in part and DENIED in
2  part.
3      IT IS FURTHER ORDERED that any response by plaintiff to
4  defendant's Motion for Leave to File Interlocutory Appeals and
5  Motion to Stay General Writ of Execution During Pendency of Appeals
6  (doc. # 324) shall be served and filed no later than 12:00 p.m.
7  (noon) on Thursday, November 2, 2006, and that any reply by
8  defendant shall be served and filed no later than 12:00 p.m. (noon)
9  on Friday, November 3, 2006.
10     DATED this 25th day of October, 2006.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record