1  **WO**

7           IN THE UNITED STATES DISTRICT COURT

8              FOR THE DISTRICT OF ARIZONA

```
James L. Gagan,                     )
c/o David G. Bray                   )
Mariscal, Weeks, McIntyre           )   No. CIV 99-1427-PHX-RCB
Friedlander, P.A.                   )
2901 N. Central Ave.,               )
Suite 200                           )
Phoenix, AZ 85012,                  )         O R D E R
                                    )
     Plaintiff/Judgment             )
     Creditor,                      )
                                    )
     vs.                            )
                                    )
James A. Monroe                     )
12880 East Mercer Lane              )
Scottsdale, AZ 85259,               )
                                    )
Defendant/Judgment Debtor,          )
                                    )
Kim Sullivan a/k/a Kimberley        )
Sullivan a/k/a Kim Monroe           )
a/k/a Kimberley Monroe              )
a/k/a/ Kimberley Martin             )
a/k/a Kimberly Perry                )
a/k/a Kimberley Pirtle              )
a/k/a Kimberley Clark               )
12880 East Mercer Lane              )
Scottsdale, AZ 85259,               )
                                    )
  Garnishee Defendant.              )
_____)
```

. . .

1  Currently pending before the court is "Judgment
2  Creditor's Request for Discovery Re: Kimberly [sic] Sullivan
3  and Request to Continue Conclusion of Hearing Scheduled to
4  Commence at 10:30 a.m. October 22, 2012" (Doc. 429) at 1:12-
5  16 (emphasis omitted).  Also pending before the court is a
6  "Request for Continuance" of that same hearing filed by *pro*
7  *se* Kimberley M. Sullivan, garnishee defendant (Doc. 430) at
8  1.
9  Given that both the judgment creditor and garnishee
10 defendant Sullivan are requesting a continuance, the court
11 hereby **GRANTS** these two requests (Docs. 429 and 430) for such
12 relief.  The court will set a date for this continued hearing
13 after resolution of the Judgment Creditor's Request for
14 Discovery as to garnishee defendant, Kimberley Sullivan.
15 DATED this 22nd day of October, 2012.

_____
Robert C. Broomfield
Senior United States District Judge

28 Copies to counsel of record and Kimberley M. Sullivan *pro se*