**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James L. Gagan,<br>c/o David G. Bray<br>Mariscal, Weeks, McIntyre<br>Friedlander, P.A.<br>2901 N. Central Ave.,<br>Suite 200<br>Phoenix, AZ 85012,<br><br>    Plaintiff/Judgment<br>    Creditor,<br><br>    vs.<br><br>James A. Monroe<br>12880 East Mercer Lane<br>Scottsdale, AZ 85259,<br><br>Defendant/Judgment Debtor,<br><br>Kim Sullivan a/k/a Kimberley<br>Sullivan a/k/a Kim Monroe<br>a/k/a Kimberley Monroe<br>a/k/a/ Kimberley Martin<br>a/k/a Kimberly Perry<br>a/k/a Kimberley Pirtle<br>a/k/a Kimberley Clark<br>12880 East Mercer Lane<br>Scottsdale, AZ 85259,<br><br>  Garnishee Defendant. | No. CIV 99-1427-PHX-RCB<br><br><br><br><br>O R D E R |

. . .

1  Currently pending before the court is "Judgment
2 Creditor's Request for Discovery Re: Kimberly [sic] Sullivan
3 and Request to Continue Conclusion of Hearing Scheduled to
4 Commence at 10:30 a.m. October 22, 2012" (Doc. 429) at 1:12-
5 16 (emphasis omitted).  Also pending before the court is a
6 "Request for Continuance" of that same hearing filed by *pro*
7 *se* Kimberley M. Sullivan, garnishee defendant (Doc. 430) at
8 1.
9  Given that both the judgment creditor and garnishee
10 defendant Sullivan are requesting a continuance, the court
11 hereby **GRANTS** these two requests (Docs. 429 and 430) for such
12 relief.  The court will set a date for this continued hearing
13 after resolution of the Judgment Creditor's Request for
14 Discovery as to garnishee defendant, Kimberley Sullivan.
15  DATED this 22nd day of October, 2012.

_____
Robert C. Broomfield
Senior United States District Judge

28 Copies to counsel of record and Kimberley M. Sullivan *pro se*

-2-