1  **WO**

2
3
4
5
6
7                IN THE UNITED STATES DISTRICT COURT
8                     FOR THE DISTRICT OF ARIZONA
9
10
11
12 James L. Gagan,                    )
   c/o David G. Bray                  )
13 Mariscal, Weeks, McIntyre          )      No. CIV 99-1427-PHX-RCB
   Friedlander, P.A.                  )
14 2901 N. Central Ave.,              )
   Suite 200                          )
15 Phoenix, AZ 85012,                 )           O R D E R
                                      )
16       Plaintiff/Judgment           )
         Creditor,                    )
17                                    )
   vs.                                )
18                                    )
   James A. Monroe                    )
19 12880 East Mercer Lane             )
   Scottsdale, AZ 85259,              )
20                                    )
   Defendant/Judgment Debtor,         )
21                                    )
   Kim Sullivan a/k/a Kimberley)
22 Sullivan a/k/a Kim Monroe   )
   a/k/a Kimberley Monroe      )
23 a/k/a/ Kimberley Martin     )
   a/k/a Kimberly Perry        )
24 a/k/a Kimberley Pirtle      )
   a/k/a Kimberley Clark       )
25 12880 East Mercer Lane      )
   Scottsdale, AZ 85259,       )
26                             )
                               )
27   Garnishee Defendant.      )
                               )
28 ─────────────────────────────

        Currently pending before the court is plaintiffs James L.

Gagan's motion to continue the hearing scheduled for Monday, February 11, 2013, at 10:00 a.m., and to extend the time to conduct discovery. Mot. (Doc. 456) at 1. Given that the hearing is imminent, and because there is no prejudice to defendants by the relief granted herein, the court is considering this motion without allowing for a response or reply.

For the reasons set forth in plaintiff's motion (Doc. 456) at ¶¶ 1 - 5, the court hereby **GRANTS in part** and **DENIES in part** the relief which plaintiff is seeking. More specifically, **IT IS ORDERED** that:

(1) the hearing set for February 11, 2013, is **VACATED** and to be reset at a later date yet to be determined;

(2) defendant Monroe shall provide responses to written discovery by **no later than February 18, 2013**;

(3) defendant Monroe shall make himself available for deposition **within the next 45 days after** written discovery responses are served;

(4) plaintiff shall have an extension of **45 days** from the date of entry of this order by which to complete discovery with respect to garnishee defendant Kim Sullivan.

To the extent plaintiff is seeking an order requiring garnishee defendant Sullivan to provide responses to written discovery no later than February 18, 2013, the court **DENIES** that aspect of plaintiff's motion as duplicative in light of
. . .

1  this court's November 19, 2012 order (Doc. 449).

2  DATED this 8th day of February, 2013.

_____
Robert C. Broomfield
Senior United States District Judge

10  Copies to all counsel of record and *pro se* Garnishee Defendant Kim Sullivan

- 3 -