**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James L. Gagan,<br>c/o David G. Bray<br>Mariscal, Weeks, McIntyre<br>Friedlander, P.A.<br>2901 N. Central Ave.,<br>Suite 200<br>Phoenix, AZ 85012,<br><br>    Plaintiff/Judgment<br>    Creditor,<br><br>vs.<br><br>James A. Monroe<br>12880 East Mercer Lane<br>Scottsdale, AZ 85259,<br><br>Defendant/Judgment Debtor,<br><br>Kim Sullivan a/k/a Kimberley<br>Sullivan a/k/a Kim Monroe<br>a/k/a Kimberley Monroe<br>a/k/a/ Kimberley Martin<br>a/k/a Kimberly Perry<br>a/k/a Kimberley Pirtle<br>a/k/a Kimberley Clark<br>12880 East Mercer Lane<br>Scottsdale, AZ 85259,<br><br>  Garnishee Defendant. | No. CIV 99-1427-PHX-RCB<br><br><br>O R D E R |

1  Currently pending before the court is attorney David H. Carmichael's "Motion to Withdraw as Counsel for Defendant Monroe" (Doc. 451), and accompanying Certification of Counsel by Mr. Carmichael (Doc. 451-1), filed on February 1, 2013. A response, if any, **shall** be filed by defendant James A. Monroe **no later than fourteen (14) days** from the date of entry of this order. A reply, if any **shall** be filed **no later than seven (7) days** after the date of entry of defendant Monroe's response.

**IT IS SO ORDERED.**

DATED this 11th day of February, 2013.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record; *pro se* defendant garnishee Kim Sullivan; and James A. Monroe