1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James L. Gagan,<br>c/o David G. Bray<br>Mariscal, Weeks, McIntyre<br>Friedlander, P.A.<br>2901 N. Central Ave.,<br>Suite 200<br>Phoenix, AZ 85012,<br><br>    Plaintiff/Judgment<br>    Creditor,<br><br>vs.<br><br>James A. Monroe<br>12880 East Mercer Lane<br>Scottsdale, AZ 85259,<br><br>Defendant/Judgment Debtor,<br><br>Kim Sullivan a/k/a Kimberley<br>Sullivan a/k/a Kim Monroe<br>a/k/a Kimberley Monroe<br>a/k/a/ Kimberley Martin<br>a/k/a Kimberly Perry<br>a/k/a Kimberley Pirtle<br>a/k/a Kimberley Clark<br>12880 East Mercer Lane<br>Scottsdale, AZ 85259,<br><br>  Garnishee Defendant. | No. CIV 99-1427-PHX-RCB<br><br><br>O R D E R |

1    By order dated November 19, 2012, this court granted the
2 judgment creditor's request for discovery as to defendant
3 Garnishee Kimberly Sullivan.  Ord. (Doc. 449) at 5:22-23.
4 The court required such discovery to be completed "**within**
5 **ninety (90) days of the date of entry of th[at] order**[,]"
6 that is, by February 19, 2013.  Id. at 5:24-25 (emphasis in
7 original).  The court further mandated the setting of "a
8 hearing date within two (2) weeks after completion of that
9 discovery."  Id. at 5:25 - 6:1 (emphasis omitted).
10    Because the time for completion of discovery has passed,
11 and in accordance with that prior order, the court hereby
12 **ORDERS** that a hearing is set before this court at the
13 following date, time and place:
14    Date:  **March 1, 2013**
15    Time:  **10:00 a.m.**
16    Place: **Courtroom 606**
17         **Sandra Day O'Connor U. S. Courthouse**
18         **401 West Washington**
19         **Phoenix, Arizona 85003**
20    At that time, bring to the hearing any documents or
21 exhibits you want to use as proof in your case.
22    If any party fails to appear at the hearing after proper
23 notice, the court may:
24    1.  Take evidence and/or oral testimony from any parties
25 who do appear;
26    2.  Make a decision based on the information provided in
27 the documents filed and at the hearing; and
28    3.  Inform the parties who are present of the decision

and sign appropriate orders.

**Requests for reasonable accommodation for persons with disabilities must be made to the Clerk of the Court in advance of this scheduled court proceeding.**

**If you require the services of an interpreter for a foreign language or for the hearing impaired, contact the court immediately to determine whether accommodations can be made to assist you or to receive further information.**

DATED this 21st day of February, 2013.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record; *pro se* defendant garnishee Kim Sullivan; and James A. Monroe