1    **WO**

2

3

4

5

6

7              **IN THE UNITED STATES DISTRICT COURT**

8              **FOR THE DISTRICT OF ARIZONA**

9    James L. Gagan,                         Case No.: 99-cv-1427 RCB
     c/o David G. Bray

10   Dickinson Wright/Mariscal Weeks          **ORDER ON MOTION FOR ORDER**
     2901 N. Central Ave., Suite 200          **TO SHOW CAUSE**

11   Phoenix, AZ  85012,

12              Plaintiff/Judgment Creditor,
          v.

13

14   James A. Monroe
     12880 East Mercer Lane

15   Scottsdale, AZ 85259,

16              Defendant/Judgment Debtor.

17

18

19        The Court having considered Plaintiff/Judgment Creditor James L. Gagan's Motion

20   for Order to Show Cause ("Motion"), and being duly advised in the premises, hereby finds

21   that said Motion should be and hereby is **GRANTED**.

22        **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that

23   Defendant/Judgment Debtor James A. Monroe shall appear before this Court on the 26th day

24   of March, 2013 at 10:00 a.m. in Courtroom 606, Sandra Day O'Connor United States

25   Courthouse, 401 West Washington, Phoenix, Arizona 85003, to show cause, if any, why he

26   should not be held in contempt of this Court, and, if found to be in contempt, subject to such

relief the Court deems appropriate.

      DATED this 26th day of February, 2013.

Robert C. Broomfield
Senior United States District Judge