**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| James L. Gagan,<br>c/o David G. Bray<br>Mariscal, Weeks, McIntyre<br>Friedlander, P.A.<br>2901 N. Central Ave.,<br>Suite 200<br>Phoenix, AZ 85012,<br><br>Plaintiff/Judgment<br>Creditor,<br><br>    vs.<br><br>James A. Monroe<br>12880 East Mercer Lane<br>Scottsdale, AZ 85259,<br>Defendant/Judgment Debtor,<br>Kim Sullivan a/k/a<br>Kimberley<br>Sullivan a/k/a Kim Monroe<br>a/k/a Kimberley Monroe<br>a/k/a/ Kimberley Martin<br>a/k/a Kimberly Perry<br>a/k/a Kimberley Pirtle<br>a/k/a Kimberley Clark<br>12880 East Mercer Lane<br>Scottsdale, AZ 85259,<br>Garnishee Defendant. | No. CIV 99-1427-PHX-RCB<br><br><br><br>O R D E R |

On February 8, 2013, this court, among other things, granted plaintiff James L. Gagan's motion to extend the time for completion of discovery with respect to garnishee defendant Kim

1  Sullivan.  Ord. (Doc. 457) at 2, ¶ 4.  The court ordered such
2  discovery to be completed within 45 days from February 8, 2013
3  – the date of entry of that order.  See id.  In light of that
4  extension, the court hereby **VACATES** the order (doc. 462) setting
5  a hearing in this matter as to Kim Sullivan for March 1, 2013.
6  Consistent with its prior order, upon completion of such
7  discovery, the court will set a hearing date within two weeks
8  thereof.  See Ord. (Doc. 449) at 5:25-6:1.

   DATED this 28TH day of February, 2013.

   _____
   Robert C. Broomfield
   Senior United States District Judge

Copies to counsel of record and defendant garnishee Kim Sullivan and defendant James A. Monroe

s:\clr\misc\vacatehearingSullivan           - 2 -