**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James L. Gagan,<br>c/o David G. Bray<br>Dickinson Wright/Mariscal Weeks<br>2901 N. Central Ave., Suite 200<br>Phoenix, AZ 85012,<br><br>　　　　Plaintiff/Judgment Creditor,<br>　vs.<br><br>James A. Monroe<br>12880 East Mercer Lane<br>Scottsdale, AZ 85259,<br><br>　　　　Defendant. | Case No.: 99-cv-1427 RCB<br><br>**ORDER ON UNOPPOSED MOTION TO CONTINUE DISCOVERY PERIOD FOR KIMBERLY SULLIVAN** |

Having considered the Unopposed Motion of Plaintiff James L. Gagan to Continue Discovery Period vis-à-vis Kimberly Sullivan, and good cause appearing:

IT IS HEREBY ORDERED extending discovery deadline vis-à-vis Kimberly Sullivan to April 24, 2013.

. . .

IT IS HEREBY FURTHER ORDERED that consistent with its prior Order, upon completion of such discovery of Ms. Sullivan the Court will set a hearing date within two weeks thereof.

DATED this 17th day of March, 2013.

_____
Robert C. Broomfield
Senior United States District Judge