**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James L. Gagan,<br>c/o  David G. Bray<br>Dickinson Wright/<br>Mariscal Weeks<br>2901 N. Central<br>Ave., Suite 200<br>Phoenix, AZ 85012,<br><br>    Plaintiff/<br> Judgment Creditor,<br><br>vs.<br><br>James A. Monroe<br>12880 East Mercer Lane<br>Scottsdale, AZ 85259,<br><br>    Defendant/<br>  Judgment Debtor,<br>    *et al.* | No. CIV 99-1427-PHX-RCB<br><br>O R D E R |

Currently pending before the court is *pro se* defendant, James A. Monroe's, "Request for Continuance Proceedings Supplemental" (Doc. 486), which he filed on July 30, 2013. The defendant is seeking a continuance for at least 60 to 90

1  days of the Order to Show Cause hearing currently scheduled
2  for Monday, August 5, 2013 at 10:00 a.m., in Courtroom 606,
3  Sandra Day O'Connor United States Courthouse, 401 West
4  Washington, Phoenix, Arizona 85003.  The basis for this
5  request is that purportedly recently the parties have been
6  negotiating a settlement agreement and they are "still
7  working in good faith to reach a full agreement[.]" Mot.
8  (Doc. 486) at 2:6.  Alternatively, the defendant is
9  requesting permission to appear telephonically as he will be
10 out of town on August 5, 2013.
11      Because the Order to Show Cause hearing is imminent, the
12 court hereby **ORDERS** plaintiff James L. Gagan to file and
13 serve a response to this motion by no later than 9:00 a.m.,
14 Friday, August 2, 2013.
15      DATED this 31st day of July, 2013.

_____
Robert C. Broomfield
Senior United States District Judge

22 Copies to counsel of record

-2-