WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES L. GAGAN,<br><br>    Plaintiff/Judgment Creditor,<br><br>vs.<br><br>THE ESTATE OF VICTOR E. SHARAR and JAMES A MONROE, *et al.*,<br><br>    Defendants/Judgment Debtors. | Case No: CV99-1427-PHX-RCB<br><br>**ORDER FOR SUBSTITUTION OF COUNSEL WITH CONSENT**<br><br>(Assigned to the Honorable Robert C. Broomfield) |

Pursuant to the Notice of Substitution of Counsel [DE508] filed herein, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Holloway Odegard & Kelly, P.C., by and through Ryan P. Toftoy, be allowed to substitute as attorneys of record in this matter for Interested Party LaJunta E. Daniels in the place and stead Patricia A. Gitre, P.L.C., by and through Patricia A. Gitre, and the Law Office of Barbara Hull, by and through Barbara L. Hull, for all further proceedings.

DATED this 20th day of November, 2013.

_____
Robert C. Broomfield
Senior United States District Judge